F I L E D
Clerk
District Court

AUG 2 1 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| JIANG LI RONG, | Civil Case No. 05-0048 |
| Plaintiff, | **ORDER REGARDING SETTLEMENT** |
| v. | |
| HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LTD. NEW ECHO ENTERTAINMENT, INC. ALFRED YUE, *et al.*, | |
| Defendants. | |

On August 20, 2009, the Court held a telephonic status conference in this matter regarding the parties' previously agreed upon settlement.  Pursuant to the stipulation of the parties, the attorneys have until 8:30 a.m. on Monday, August 24, 2009 to report the status of the settlement to the Court.  If the parties cannot reach an agreement as to the terms of the settlement by that time, the Court will impose the terms of the settlement pursuant to the agreement of the parties, that is, each party will submit their position and the Court will determine the terms of the settlement agreement.  The parties have agreed to be bound by the Court's decision.  The parties are encouraged to agree on the terms of a settlement agreement that is acceptable to all parties.

**IT IS SO ORDERED.**

Dated:          August 21, 2009

*Alex R. Munson*
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)