MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-Mail Address:    mark@saipanlaw.com

Attorney for Plaintiff Jiang Li Rong

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JIANG LI RONG, | ) CASE NO. 05-00048 |
| Plaintiff, | ) |
| vs. | ) STIPULATED DISMISSAL |
| HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENT, LTD., NEW ECHO ENTERTAINMENT, INC., ALFRED YUE and ZHANG JIAN HUA, | ) |
| Defendants. | ) |

In accord with the Settlement Agreement between the parties, and pursuant to Fed. R. Civ. P. 41(a), the parties, by and through their attorneys of record, hereby stipulate to the dismissal of the above-captioned case with prejudice. The Court shall retain jurisdiction over the matter to enforce the terms of the Settlement Agreement. Each party shall bear their own attorney's fees and costs.

DATE: September 2, 2009

/s/ Mark B. Hanson
_____
MARK B. HANSON
Attorney for Plaintiffs

DATE: September 2, 2009

/s/ G. Anthony Long
_____
G. ANTHONY LONG
Attorney for Defendants Hong Kong Ent. and Alfred Yue

DATE: September 2, 2009

/s/ Viola Alepuyo
_____
VIOLA ALEPUYO
Attorney for Defendants New Echo and Zhang Jian Hua