FILED
Clerk
District Court

SEP -2 2009

For The Northern Mariana Islands
By_____ (Deputy Clerk)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

JIANG LI RONG,

    Plaintiff,

v.

HONG KONG ENTERTAINMENT
(OVERSEAS) INVESTMENTS LTD.
NEW ECHO ENTERTAINMENT, INC.
ALFRED YUE, *et al.*,

    Defendants.

Civil Action No. 05-0048

**ORDER GRANTING
STIPULATED DISMISSAL**

    Pursuant to the stipulation of the parties, this matter is hereby dismissed with prejudice. The Court shall retain jurisdiction over the matter to enforce the terms of the Settlement Agreement. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:    September 2, 2009

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)